IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

HAROLD MAXFIELD,   *
                  *
       Plaintiff, *
                  *
vs.               *   No. 4:03CV00576 SWW
                  *
CINTAS CORP. NO. 2, *
                  *
       Defendant. *

**Judgment**

Pursuant to the Memorandum Opinion and Order entered in this matter on this date, IT IS CONSIDERED ORDERED AND ADJUDGED that plaintiff's complaint is dismissed. Each party will bear its own fees and costs.

DATED this 25th day of May, 2006.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE